# THE ATTORNEY GENERAL
## OF TEXAS
GROVER SELLERS      AUSTIN 11, TEXAS
JO~~XXXXXXXXXXXXXXXX~~XXX



Honorable H. C. Hooser
County Attorney
Howard County
Big Spring, Texas

Dear Sir:

Opinion No. O-7101

Re: Are busses which are
owned and used strictly
by churches as non-profit
vehicles subject to the
one per cent motor ve-
hicle retail sales tax
levied by Article 7047k,
V.A.C.S.?

     Your request for an opinion, received in this office
on February 14, 1946, reads as follows:

     "The question is will the church have to pay the
one per cent motor vehicle retail sales tax. The bus
is to be used strictly as a non-profit vehicle and to
carry people to church and Sunday School."

     You enclosed a letter to a citizen of Big Spring from
Hon. George H. Sheppard, State Comptroller of Public Accounts,
which letter states that:

     ". . . . it is our view that the church will have
to pay the one per cent motor vehicle retail sales tax
on the thirty-two passenger bus that you purchased from
the Davis Auto Company of Childress, Texas, as we do
not find anything in Article 7047k exempting churches
from paying the tax."

     We agree with the interpretation placed on said stat-
ute by the State Comptroller. We find no authority, statutory
or otherwise, authorizing the exemption of churches or other

religious organizations from payment of the sales tax in question. We therefore answer your question in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  /s/ J. Arthur Sandlin
       J. Arthur Sandlin
       Assistant

JAS:ms:lm

APPROVED MAR 12, 1946

/s/ Carlos Ashley

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE

BY  BWB
     CHAIRMAN